924 A.2d 1191

IN THE MATTER OF ANGELA Y. WHITE, AN ATTORNEY
AT LAW (ATTORNEY NO. 01122000).

June 21, 2007.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–338, concluding that **ANGELA Y. WHITE** of **LOS ANGELES, CALIFORNIA**, who was admitted to the bar of this State in 2000, should be suspended from the practice of law for a period of one year for violating *RPC* 8.4(b)(commission of a crime that reflects adversely on a lawyer's honesty, trustworthiness and fitness), and *RPC* 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And **ANGELA Y. WHITE** having been ordered to show cause why she should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **ANGELA Y. WHITE** be suspended from the practice of law for a period of one year and until the further Order of the Court, effective July 10, 2007; and it is further

ORDERED that respondent shall not be reinstated to the practice of law unless and until the loan in the *Gunter* matter is paid in full, proof of which respondent shall submit with her application for reinstatement to practice; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC*

8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.